UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBER DOE | CIVIL ACTION |
| VERSUS | NO. 25-1803 |
| SEQUOIA CAPITAL OPERATIONS LLC, ET AL | SECTION "H"(4) <br> **Applies to:** <br> **25-1803 & 25-1954** |

### ORDER CONSOLIDATING CASES

It having come to the Court's attention that Civil Action No. 25-1803 H(4), is related to 25-1954 G(1);

**IT IS ORDERED** that 25-1954 is hereby **CONSOLIDATED** with master case: 25-1803.

Pursuant to the Court's directive, all documents hereafter, including those referring to the member case, shall bear the caption of the lead case (25-1803) together with the docket number(s) of all cases within the consolidation (as shown above). A separate notation should also be in the heading of each document listing as to which case(s) the pleading applies to, or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

**All entries shall be made on the master docket sheet only,** except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet by the clerk.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

Signed New Orleans, Louisiana, on this __25th__ day of September, 2025.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE